Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 623-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI CRUZ AND MANUEL CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>MANN BRACKEN, L.L.P.,<br><br>Defendant. | Case No. C09-02861-MHP<br><br>**JOINT REQUEST TO DISMISS WITH PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that the parties hereby motion to the court that this matter be dismissed with prejudice. A proposed order has been concurrently submitted to this Court via email pursuant to this Court's order dated October 2, 2009.

Respectfully submitted this 14th day of October, 2009

By: s/Todd M. Friedman
  Law Offices of Todd M. Friedman, P.C.
  Attorney for Plaintiff

By: s/Birgit D. Stuart
  Law Offices of Ronald S. Canter, LLC
  Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 14th day of October, 2009, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Marilyn Hall Patel
United States District Court

Birgit D. Stuart
Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

This 14th day of October, 2009.

s/Todd M. Friedman
Todd M. Friedman

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRI CRUZ AND MANUEL CRUZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**MANN BRACKEN, L.L.P.,**<br><br>Defendant. | Case No. C09-02861-MHP<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 16th day of October, 2009.



_____
The Honorable Judge Marilyn H. Patel